IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
APR 05 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| ROBERT JAMES ELLIS, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS J. VILSACK, *Secretary of the Department of Agriculture, United States of America, Department of Agriculture, Forest Service*, <br><br> Defendant. | CV 15–61–M–DLC <br><br> ORDER |

Upon consideration of the joint stipulation for dismissal filed by Plaintiff and Defendant,

IT IS HEREBY ORDERED that all claims of Plaintiff Robert James Ellis against Defendant Thomas J. Vilsack are DISMISSED with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses. This case is CLOSED.

Dated this 5th day of April, 2017.

Dana L. Christensen, Chief Judge
United States District Court